IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FORT GIBSON STATE BANK, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. <u>19-CV-144-SPS</u> |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and SUSAN CHAPMAN, | § § § § | |
| Defendants. | § § | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL KEELEY

Defendant Travelers Casualty and Surety Company of America ("Travelers"), pursuant to Easter District Rule LCvR83.2(f), respectfully moves this Court for an order admitting Michael Keeley of the law firm of Clark Hill Strasburger, Dallas, Texas, to this Court *pro hac vice,* for the purposes of representing Travelers in the above-styled matter. In support of this motion, Travelers states as follows:

1. Michael Keeley is a member in good standing of the Texas State Bar, Arkansas State Bar, State Bar of New Mexico and State Bar of New York, as well as the U.S. Supreme Court, U.S. District Courts for the Northern, Eastern, Southern, and Western Districts of Texas, the District of Colorado, the District of New Mexico, and the Fifth, Sixth, Tenth, and Eleventh U.S. Circuit Courts of Appeal.  His Request for Admission *Pro Hac Vice* is attached hereto as Exhibit "1."

2. Mr. Keeley is expected to participate in the preparation and trial of this matter for Travelers.

3. Gary C. Crapster, the attorney who signed this motion, has been duly admitted to practice in this honorable Court. Mr. Crapster has entered his appearance and will continue as counsel in this case pursuant to LCvR83.3(b).

WHEREFORE, Defendant Travelers Casualty and Surety Company of America, respectfully requests that this Court enter an order allowing the entry of appearance of Michael Keeley as counsel *pro hac vice* for said Defendant for all purposes in this action.

Respectfully submitted,

*/s/ Gary C. Crapster*
Gary C. Crapster, OBA #22452
STEIDLEY & NEAL, P.L.L.C.
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, OK 74137
(918) 664-4612 telephone
(918) 664-4133 facsimile
gcc@steidley-neal.com

**ATTORNEYS FOR DEFENDANT
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2019 I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Frederic Dorwart
fdorwart@fdlaw.com
Paul DeMuro
pdemuro@fdlaw.com
Jared M. Burden
jburden@fdlaw.com
FREDERIC DORWART LAWYERS PLLC
Old City Hall
124 East Fourth Street
Tulsa, Oklahoma 74103

Joel L. Wohlgemuth
Norman Wohlgemuth Chandler & Jeter
2900 Mid-Continent Tower
401 South Boston Ave.
Tulsa, OK 74103-4023

/s/ *Gary C. Crapster*